IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| THADDEUS D. SMITH, SR.,            )<br>        Plaintiff,            ) <br>            ) <br>v.            ) <br>            ) <br>THE STATE OF ALABAMA            ) <br>DEPARTMENT OF HUMAN            ) <br>RESOURCES CHILD SUPPORT            ) <br>DIVISION,            ) <br>        Defendant.            ) | CIVIL ACTION NO. 15-00629-KD-N |

## ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B)-(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a)(2)(S), and dated June 3, 2016, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that the Defendant State of Alabama Department of Human Resources Child Support Division's motion to dismiss (Doc. 12) is **GRANTED** under Federal Rule of Civil Procedure 12(b)(1) and that the claims against Ms. Anderson are **DISMISSED** *sua sponte* under 1915(e)(2)(B)(ii) & (iii), such that all of Smith's claims are **DISMISSED without prejudice** for lack of subject matter jurisdiction. In accordance with Federal Rule of Civil Procedure 58, final judgment shall be entered accordingly by separate document

DONE and ORDERED this **30th** day of **June 2016.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**